E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division                                       JS-6
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
     Office of Program Litigation, Office 7
     Office of the General Counsel
     Social Security Administration
     6401 Security Boulevard
     Baltimore, MD 21235
     Telephone: (510) 970-4809
     Email: Margaret.Branick-Abilla@SSA.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JULIE SOMERVILLE, <br><br> Plaintiff, <br><br> v. <br><br> MARTIN O'MALLEY, <br> Commissioner of Social Security, <br><br> Defendant. | No. 2:24-cv-03378-MAA <br><br> **JUDGMENT** |

    Having approved the parties' Stipulation to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

DATED: August 19, 2024

                                       HON. MARIA A. AUDERO
                                       UNITED STATES MAGISTRATE JUDGE